UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY NEEDHAM,

    Plaintiff,

v.

NANCY BERRYHILL,

    Defendant.

Case No. 18-cv-04183-PJH

**JUDGMENT**

This action having come before the court on the parties' cross-motions for summary judgment, and the court having granted plaintiff's motion and denied defendant's motion,

    it is Ordered and Adjudged

    that the Commissioner's final decision is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). This constitutes a final judgment and closes the case and terminates all pending motions.

    **IT IS SO ORDERED.**

Dated: October 31, 2019

                                    /s/ Phyllis J. Hamilton
                                    PHYLLIS J. HAMILTON
                                    United States District Judge